IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                        )<br>            Plaintiff,        )<br>                                                        )<br>    vs.                                              )<br>                                                        )<br>                                                        )<br>CYNTHIA JAMESON,                     )<br>            Defendant.   ) | Case No. 8:09CR182<br><br>ORDER TO WITHDRAW<br>        EXHIBITS |

Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel for parties are ordered to withdraw the following exhibits previously submitted in this matter within 14 calendar days of the date of this order:

Government Exhibits 1, 2  - Sentencing held February 19, 2010

If counsel fail to withdraw these exhibits as ordered, counsel will be ordered to show cause why sanctions should not be imposed.

IT IS SO ORDERED.

DATED this 19th day of February, 2010

s/Joseph F. Bataillon
United States District Judge

proc\Exhibits\Form-Order to Withdraw Appeal Time Pending.wpd
Approved 02/15/07